IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN T. CARNEY, JONATHAN D. FREEZE, AND ROBERT J. IREY,<br><br>Defendants. | CASE NO. 2:21-CV-00720 |

## DEFAULT AGAINST JONATHAN D. FREEZE

AND NOW, this __15th__ day of __July__, 2021, pursuant to request to enter default and the declaration filed in support thereof, default is hereby entered against Defendant Jonathan D. Freeze for failure to plead or otherwise defend.

CLERK'S ENTRY OF DEFAULT

Date: 7/15/2021

*CarinaLoushe*
Docket Clerk

*Joshua C. Lewis*
Joshua C. Lewis