IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                 Plaintiff,<br><br>                    v.<br><br>KEVIN T. CARNEY, JONATHAN D. FREEZE, AND ROBERT J. IREY,<br><br>                                 Defendants. | Civil Action No. 2:21-cv-00720 |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ROBERT J. IREY**

Plaintiff Securities and Exchange Commission ("Commission"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),[1] hereby gives notice of the voluntarily dismissal with prejudice of all claims against defendant Robert J. Irey ("Irey"), who is deceased.

Defendant Irey has neither answered the Commission's Complaint nor filed a responsive pleading. Accordingly, Defendant Irey may be voluntarily dismissed without a court order under Rule 41(a)(1)(A)(i).

---

[1] Federal Rule of Evidence Rule 41(a) provides a mechanism for a plaintiff to voluntarily dismiss all claims against one of several defendants. *See Diorio v. Harry*, No. 21-1416, 2022 WL 3025479, at *2 n.3 (3d Cir. Aug. 1, 2022) ("Rule … 41(a)(1)(A) allows a plaintiff to dismiss claims against individual defendants without a court order …." (citing *Noga v. Fulton Fin. Corp. Emp. Benefit Plan*, 19 F.4th 264, 271 n.3 (3d Cir. 2021)). Defendant Kevin T. Carney has entered into a consent judgment that fully resolves the Commission's claims against him. However, the Commission's case against defendant Johnathan D. Freeze is still pending.

Dated: August 7, 2025                    Respectfully submitted,

/s/ Karen M. Klotz
Karen M. Klotz (PA Bar ID: 88171)
Securities and Exchange Commission
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103
Telephone: (215) 597-3100
KlotzK@sec.gov
*Attorney for Plaintiff Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

I hereby certify this 7th day of August 2025, I caused a true and correct copy of the foregoing Notice of Voluntary Dismissal of Defendant Robert J. Irey, to be electronically filed with the Clerk of Court using the CM/ECF system. In addition, I hereby certify that the document will be mailed to the following:

>Marco S. Attisano, Esq.
>Flannery Georgalis, LLC
>436 Seventh Avenue, Suite 2100
>Pittsburgh, PA 15219
>(412) 213-4252
>Email: Mattisano@flannerygeorgalis.com
>*Counsel for Defendant Kevin T. Carney*
>
>Mr. Jonathan D. Freeze
>1759 Greenfield Drive
>Hidden Valley, PA 15502
>
>Andrew Lipson, Esq.
>Office of the Federal Public Defender
>1500 Liberty Center
>1001 Liberty Avenue
>Pittsburgh, PA 15222
>(412) 644-6565
>Email: Andrew_Lipson@fd.Org
>*Counsel for Defendant Robert Irey*

/s/ Karen M. Klotz
Karen M. Klotz